IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES C. WINDING                                                                 PLAINTIFF

VS.                                                          CIVIL ACTION NO. 4:08cv99-FKB

BART GRIMES, et al.                                                   DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's ruling at trial, all claims against Defendants Joyce Graham and Dale Caskey are dismissed without prejudice. In accordance with this court's memorandum opinion of this same date, all claims against Defendant Bart Grimes are dismissed with prejudice and judgment is entered in his favor.

So ordered and adjudged, this the 22nd day of February, 2010.

                                                    /s/ F. Keith Ball
                                                    UNITED STATES MAGISTRATE JUDGE